75161. FORD MOTOR COMPANY et al. v. NOLAND COMPANY.
(376 SE2d 424)

McMurray, Presiding Judge.

On certiorari, the Supreme Court of Georgia in *Noland Co. v. Ford Motor Co.*, 258 Ga. 469 (369 SE2d 960), reversed our decision in *Ford Motor Co. v. Noland Co.*, 186 Ga. App. 541 (368 SE2d 763). Accordingly, in conformity with the mandate of the Supreme Court's opinion, our judgment of reversal is vacated and the judgment of the trial court is affirmed.

Noland Company's cross-appeal, ruled as moot in our previous decision has been withdrawn subsequent to the Supreme Court's decision in 258 Ga. 469, supra.

*Judgment affirmed. Sognier and Beasley, JJ., concur.*

DECIDED NOVEMBER 7, 1988.

*S. Gregory Joy, George A. Smith*, for appellants.
*John Tye Ferguson*, for appellee.

75347. CITIZENS & SOUTHERN BANK OF ALBANY
et al. v. SWAIN.
(376 SE2d 423)

Sognier, Judge.

In *Swain v. C & S Bank of Albany*, 258 Ga. 547 (372 SE2d 423) (1988), the Supreme Court reversed the judgment of this court in *C & S Bank of Albany v. Swain*, 185 Ga. App. 881 (366 SE2d 191) (1988). Accordingly, our judgment in this case is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Birdsong, C. J., Deen, P. J., McMurray, P. J., Banke, P. J., Carley, Pope, Benham, and Beasley, JJ., concur.*

DECIDED NOVEMBER 7, 1988.

*G. Stuart Watson, Edmund A. Landau, Jr., Stephen S. Goss*, for appellants.
*William H. Major III*, for appellee.